UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LAWYERS TITLE INSURANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MERIT TITLE COMPANY, LLC, et al <br><br> Defendant. | Civil Action No. 1:08-CV-00275 |

### PRAECIPE - APPEARANCE OF COUNSEL AND CHANGE OF ADDRESS

THE CLERK OF THE COURT will note the entrance of Christopher A. Glaser as co-counsel for the Plaintiff, LAWYERS TITLE INSURANCE CORPORATION.

THE CLERK OF THE COURT will note that the address of Raighne C. Delaney and Christopher A. Glaser, Counsel for the Plaintiff, LAWYERS TITLE INSURANCE CORPORATION, is as follows:

> BEAN, KINNEY & KORMAN, P.C.
> 2300 Wilson Boulevard, 7th Floor
> Arlington, Virginia 22201

> LAWYERS TITLE INSURANCE CORPORATION
>
> By Counsel

| | |
|---|---|
| Southern Management Corporation Retirement Trust v. Lawyers Title Insurance Corporation | Civil Action No. _____ |

BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, Virginia 22201
(703) 525-4000
(703) 525-2207 (Fax)


By:         /s/ Christopher A. Glaser
        Raighne C. Delaney, D.C. Bar No. 454761
        Christopher A. Glaser, D.C. Bar No. 463583
        Counsel for Lawyers Title Insurance Corporation


CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008, a copy of the foregoing and annexed pleading was served by facsimile and by mailing a copy thereof by first class mail, postage prepaid, to:

Kenneth D. Bynum
Bynum & Jenkins, PLLC
901 North Pitt St., Suite 320
Alexandria, VA 22314

                                            /s/ Christopher A. Glaser
                                            Christopher A. Glaser

Praecipe Address Change Glaser Sig.wpd                    2