UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LAWYERS TITLE INSURANCE CORPORATION<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERIT TITLE COMPANY, LLC, et al<br><br>　　　　Defendants. | Civil Action No. 1:08-CV-00275 |

**CONSENT MOTION TO CORRECT A FACTUAL ERROR IN THE COURT'S MEMORANDUM OPINION**

COMES NOW, plaintiff Lawyers Title Insurance Corporation ("Lawyers Title"), by counsel, to move the Court to correct a factual error in its Memorandum Opinion, and states as follows:

1. Both the Complaint, par.13 and Statement of Fact #5 in support of the Opposition to the Motion to Dismiss assert that, "Merit Title issued Lawyers Title policies to SFC and SMC."

2. Based on Brenda Hopkins' deposition in the <u>Tucker v. Swain</u> litigation and upon discussions with defendants' counsel, it appears that Merit Title never actually issued a title insurance policy to Swain's lenders, SMC or SFC.  Apparently, Merit Title requested a title commitment for these parties, but never issued a title commitment, let alone a policy, to either.  At closing, Merit Title did collect a premium for the title policies, but Merit Title never remitted those premiums to Lawyers Title.

3. On Monday, April 15, 2008, Lawyers Title filed a supplemental memorandum that explained that it made these factual errors in the Complaint and in the Opposition Brief.

        Lawyers Title filed the supplemental memorandum to satisfy its duty to notify the court of erroneous statements. After filing the supplemental memorandum, the Court issued a Minute Order striking the supplemental memorandum as unauthorized.

4. After receiving the Minute Order, attorney Raighne C. Delaney, called Judge's Chambers to alert the Court's clerk that there was a factual error in both the Complaint and Opposition brief, to ensure that the Court knew of the error, so that the Court did not rule based on the error.

5. The Clerk suggested that Lawyers Title file a motion of some sort to correct the error.

6. Counsel for the defendants consented to the filing of a motion to correct the erroneous statements of fact. Additionally, counsel for the defendants consented to the filing of a motion to amend the Complaint.

7. Lawyers Title was planning to file these motions when it received the Court's Memorandum Opinion on April 17, 2008.

8. The Memorandum Opinion contains the error that "Hopkins . . . issued Lawyers Title insurance policies to both of Swain's lenders." Memorandum Opinion, at p. 2.

9. Lawyers Title apologizes to the Court for not locating this error sooner.

10. The defendants consent to this Motion.

    WHEREFORE, Lawyers Title, by counsel, respectfully requests that the Court correct the Memorandum Opinion by removing the phrase "and issued Lawyers Title insurance policies to both of Swain's lenders."

Respectfully submitted,

<u>/s/ - Raighne C. Delaney</u>
Raighne C. Delaney, D.C. Bar # 454761
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
(703) 525-4000
Counsel for Plaintiff

<u>Certificate of Service</u>

  I hereby certify that a copy of the foregoing pleading was served by facsimile and by U.S. mail, first class mail, postage prepaid, this 16th day of April 2008, on:

Kenneth D. Bynum
Bynum & Jenkins, PLLC
901 North Pitt St., Suite 320
Alexandria, Virginia 22314

                <u>/s/ - Raighne C. Delaney</u>
                Raighne C. Delaney