UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

LAWYERS TITLE INSURANCE
CORPORATION

       Plaintiff,

v.                                                                              Civil Action No. 1:08-CV-00275

MERIT TITLE COMPANY, LLC, et al

       Defendants.

**RENEWED CONSENT MOTION TO CORRECT A FACTUAL ERROR IN THE COURT'S MEMORANDUM OPINION**

      COMES NOW, plaintiff Lawyers Title Insurance Corporation ("Lawyers Title"), by counsel, to move the Court to correct a factual error in its Memorandum Opinion, and states as follows:

1. Both the Complaint, par.13 and Statement of Fact #5 in support of the Opposition to the Motion to Dismiss assert that, "Merit Title issued Lawyers Title policies to SFC and SMC."

2. Based on Brenda Hopkins' deposition in the Tucker v. Swain litigation and upon discussions with defendants' counsel, it appears that Merit Title never actually issued a title insurance policy to Swain's lenders, SMC or SFC. Apparently, Merit Title requested a title commitment for these parties, but never issued a title commitment, let alone a policy, to either. At closing, Merit Title did collect a premium for the title policies, but Merit Title never remitted those premiums to Lawyers Title.

3. On Monday, April 15, 2008, Lawyers Title filed a supplemental memorandum that explained that it made these factual errors in the Complaint and in the Opposition Brief.

|     | |
| --- | --- |
|     | Lawyers Title filed the supplemental memorandum to satisfy its duty to notify the court of erroneous statements.  After filing the supplemental memorandum, the Court issued a Minute Order striking the supplemental memorandum as unauthorized. |
| 4.  | After receiving the Minute Order, attorney Raighne C. Delaney, called Judge's Chambers to alert the Court's clerk that there was a factual error in both the Complaint and Opposition brief, to ensure that the Court knew of the error, so that the Court did not rule based on the error. |
| 5.  | The Clerk suggested that Lawyers Title file a motion of some sort to correct the error. |
| 6.  | Counsel for the defendants consented to the filing of a motion to correct the erroneous statements of fact.  Additionally, counsel for the defendants consented to the filing of a motion to amend the Complaint. |
| 7.  | Lawyers Title was planning to file these motions when it received the Court's Memorandum Opinion on April 17, 2008. |
| 8.  | The Memorandum Opinion contains the error that "Hopkins . . . issued Lawyers Title insurance policies to both of Swain's lenders."  Memorandum Opinion, at p. 2. |
| 9.  | Lawyers Title apologizes to the Court for not locating this error sooner, and for the filing errors that have taken up the Court's valuable time. |
| 10. | The defendants consent to this Motion. |
| 11. | This Motion is styled as Renewed Consent motion because the original consent motion did not attach a copy of the Consent Order.  The Court's electronic case filing system does not appear to allow the simple filing of a Consent Order. |

WHEREFORE, Lawyers Title, by counsel, respectfully requests that the Court correct the Memorandum Opinion as stated in the Consent Order.

Respectfully submitted,

/s/ - Raighne C. Delaney
Raighne C. Delaney, D.C. Bar # 454761
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
(703) 525-4000
Counsel for Plaintiff

<u>Certificate of Service</u>

  I hereby certify that a copy of the foregoing pleading was served by facsimile and by U.S. mail, first class mail, postage prepaid, this 17th day of April 2008, on:

Kenneth D. Bynum
Bynum & Jenkins, PLLC
901 North Pitt St., Suite 320
Alexandria, Virginia 22314

              <u>/s/ - Raighne C. Delaney</u>
              Raighne C. Delaney

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LAWYERS TITLE INSURANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MERIT TITLE COMPANY, LLC, et al<br><br>Defendants. | Civil Action No. 1:08-CV-00275 |

## CONSENT ORDER

WHEREAS, the parties agree that there are certain factual errors in Complaint, paragraph 13 and in Statement of Fact #5 in support of the Opposition to the Motion to Dismiss, and

WHEREAS, these errors were inadvertently included in the Court's Memorandum Opinion dated April 17, 2008;

WHEREAS, Lawyers Title filed a Consent Motion to Correct the Record requesting the Court to correct the errors in the Memorandum Opinion;

IN CONSIDERATION OF Consent Motion to Correct the Record;

IT IS HEREBY ORDERED that the Motion is Granted;

The Court shall consider revising the Memorandum Opinion's sentence stating that "Hopkins closed both transactions and issued Lawyers Title insurance policies to both of Swain's lenders" to read "Hopkins closed both transactions and collected a premium for the issuance of Lawyers Title insurance policies from both of Swain's lenders, but never actually issued the insurance policies to them.  Hopkins has now deposited those premiums with the Clerk of the Superior Court of the District of Columbia."

SO ORDERED this ___ day of April, 2008.

_____
Hon. Henry H. Kennedy, Jr.
Judge, U.S. District Court for the District of Columbia


Copies to:

Raighne C. Delaney, D.C. Bar # 454761
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
Counsel for Plaintiff

Kenneth D. Bynum
Bynum & Jenkins, PLLC
901 North Pitt St., Suite 320
Alexandria, Virginia 22314
Counsel for Defendant