UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LAWYERS TITLE INSURANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MERIT TITLE COMPANY, LLC, et al<br><br>Defendants. | **FILED**<br>APR 3 0 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 1:08-CV-00275 |

### CONSENT ORDER

WHEREAS, the parties agree that there are certain factual errors in Complaint, paragraph 13 and in Statement of Fact #5 in support of the Opposition to the Motion to Dismiss, and

WHEREAS, these errors were inadvertently included in the Court's Memorandum Opinion dated April 17, 2008;

WHEREAS, Lawyers Title filed a Consent Motion to Correct the Record requesting the Court to correct the errors in the Memorandum Opinion;

IN CONSIDERATION OF Consent Motion to Correct the Record;

IT IS HEREBY ORDERED that the Motion is Granted;

The Court shall consider revising the Memorandum Opinion's sentence stating that "Hopkins closed both transactions and issued Lawyers Title insurance policies to both of Swain's lenders" to read "Hopkins closed both transactions and collected a premium for the issuance of Lawyers Title insurance policies from both of Swain's lenders, but never actually issued the insurance policies to them. Hopkins has now deposited those premiums with the Clerk of the Superior Court of the District of Columbia."

SO ORDERED this 29th day of April, 2008.

                                                            Hon. Henry H. Kennedy, Jr.
                                                            Judge, U.S. District Court for the District of Columbia

Copies to:

Raighne C. Delaney, D.C. Bar # 454761
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
Counsel for Plaintiff

Kenneth D. Bynum
Bynum & Jenkins, PLLC
901 North Pitt St., Suite 320
Alexandria, Virginia 22314
Counsel for Defendant