UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LAWYERS TITLE INSURANCE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>MERIT TITLE COMPANY, LLC, et al<br><br>Defendants. | Civil Action No. 1:08-CV-00275 |

**JOINT REPORT OF THE PARTIES PURSUANT TO LOCAL RULE 16.3(d)**

COMES NOW, the parties, plaintiff Lawyers Title Insurance Corporation ("Lawyers Title"), by counsel, and the defendants Merit Title Company, LLC ("Merit Title") and Brenda Hopkins ("Hopkins"), by counsel, and state:

I.  **STATEMENT OF THE CASE**

Essentially, this case is about whether the defendants were negligent in closing a real estate transaction. The Court has already issued a written opinion about this case, so the parties will not further discuss the case.

II. **MATTERS THE PARTIES HAVE DISCUSSED UNDER RULE 16.3(c)**

1. A dispositive motion is unlikely to resolve the case.

2. The Plaintiff should decide whether to amend the Complaint within 30 days.

3. The parties do not consent to the referral of this case to a magistrate judge.

4. There is a realistic possibility of settlement in this case.

5. The case could benefit from alternative dispute resolution. ("ADR"). The parties are willing to enter into the Court's ADR procedures. The parties are able to enter into the Court's ADR procedures at the present time.

6. The proposed filing date for motions for summary judgment is December 8, 2008.

7. The parties should make their initial disclosures by July 15, 2008.

8. The parties propose the following schedule for discovery:

    The Plaintiff will designate experts on September 1, 2008.

    The Defendants will designate experts on October 1, 2008.

    The Plaintiff will designate any rebuttal experts by October 15, 2008.

    The Parties will complete all discovery by October 31, 2008.

9. The parties anticipate no changes in the rules for expert discovery. The parties have agreed on the dates for expert disclosures as set forth above.

10. This case is not a class action suit.

11. The trial should not be bifurcated.

12. The Court should set a date for the pre-trial conference of on or after February 1, 2009.

13. The Court should set a trial date at the pre-trial conference.

14. There are no other issues that the parties believe they should consider at the present time.

III. **MISCELLANEOUS**

A proposed scheduling order is filed along with this Joint Report.

Respectfully submitted,

Lawyers Title Insurance Corporation

/s/ - Raighne C. Delaney

_____
Raighne C. Delaney, D.C. Bar # 454761
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
(703) 525-4000
Counsel for Plaintiff


Merit Title Company, LLC
Brenda Hopkins

/s/ - Kenneth D. Bynum

_____
Kenneth D. Bynum
Bynum & Jenkins, PLLC
901 North Pitt St., Suite 320
Alexandria, Virginia 22314

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| LAWYERS TITLE INSURANCE CORPORATION<br><br>      Plaintiff,<br><br>v.<br><br>MERIT TITLE COMPANY, LLC, et al<br><br>      Defendants. | Civil Action No. 1:08-CV-00275 |

## **CONSENT ORDER**

WHEREAS, the parties have agreed on a discovery schedule,

IN CONSIDERATION OF the agreements of the parties,

IT IS HEREBY ORDERED that discovery may now commence;

IT IS ORDERED that the following discovery schedule shall be used, until further order of the Court:

    The Plaintiff will designate experts on September 1, 2008.

    The Defendants will designate experts on October 1, 2008.

    The Plaintiff will designate any rebuttal experts by October 15, 2008.

    The Parties will complete all discovery by October 31, 2008.

SO ORDERED this ___ day of June, 2008.

                                                         _____
                                                         Hon. Henry H. Kennedy, Jr.
                                                         Judge, U.S. District Court for the District of Columbia

Copies to:

Raighne C. Delaney, D.C. Bar # 454761
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, VA 22201
Counsel for Plaintiff

Kenneth D. Bynum
Bynum & Jenkins, PLLC
901 North Pitt St., Suite 320
Alexandria, Virginia 22314
Counsel for Defendant