UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAWYERS TITLE INSURANCE CORP.,**<br>　　　　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**MERIT TITLE CO., LLC, et al.,**<br>　　　　　　　　**Defendants.** | Civil Action 08-00275 (HHK) |

**ORDER REFERRING ABOVE-CAPTIONED ACTION TO MEDIATION**

With the consent of the parties, it is by the court this 18th day of June 2008,

**ORDERED** that the above-captioned action is referred to mediation to commence on October 15, 2008, and conclude by December 15, 2008; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is further

**ORDERED** that the first mediation session take place three weeks after the mediator is assigned; and it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this order to the Circuit Executive for the purpose of assigning a mediator; and it is further

**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the court of the settlement by filing a stipulation.

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge