IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWYER'S TITLE INSURANCE )
CORPORATION et. al., )
 )
        Plaintiff. ) 1:08-CV-00275
 ) Judge Henry Kennedy
v. )
 )
MERIT TITLE COMPANY, LLC, et. al. )
 )
        Defendants )

## ANSWER

Comes now, Defendants Merit Title Company, LLC and Brenda Hopkins's, by Counsel and files the following Answer and Grounds of Defense. Defendants answer is intended to respond to the allegations in the complaint, paragraph by paragraph.

1. The statement in paragraph 1 of the Complaint is not an allegation and does not require a response.

2. Admitted.

3. The Defendants can not fully admit or deny the allegations set forth in the first clause of paragraph 3. Defendant Merit Title Company admits that it conducted the February closing involving the sale of 1819 10th Street, NW, Washington, DC.

4. Defendants deny Brenda Hopkins resides in the District of Columbia. Defendants admit Brenda Hopkins is and was the sole owner of Merit Title

Company, LLC. Defendants admit Brenda Hopkins conducted the February closing involving the sale of 1819 10th Street, NW, Washington, DC.

5. Defendants admit there is diversity of citizenship between the parties.

6. Defendants admit venue is proper inasmuch as the property at issue is located in Washington, DC, and that the parties will not be inconvenienced by having to litigate the claim in this court.

7. Admitted.

8. Admitted.

9. Admitted.

10. Defendants admit the document states what it states.

11. Defendants admit they were defrauded by Lion Real Estate Development & Management, LLC, the Hetrick's and the Imposters, and, as a result of the fraud the closing of February transaction took place.

12. Defendants admit Merit Title Company, LLC and Brenda Hopkins that on May 13, 2005 Merit Title Company, LLC conducted the closing of the sale of 1819 10th Street, NW, Washington, DC and that the same involved three loans.

13. Merit Title Company, LLC denies it wrote a title insurance policy for either SFC and or SMC.

14. Defendant's admit they were defrauded by Imposters in the February 21, 2005 transaction. Defendants admit that Merit Title Company, LLC and Brenda Hopkins that on May 13, 2005 Merit Title Company, LLC conducted the closing of the sale of 1819 10th Street, NW, Washington, DC.

15. Admitted.

16. Defendants can not admit or deny the allegations and or statements made in paragraph number 16.

17. Defendants can not admit or deny the allegations and or statements made in paragraph number 17.

18. Defendants can not admit or deny the allegations and or statements made in paragraph number 18. Defendants admit that they have reviewed certain letters among and between lawyers for SFC, SMC and Plaintiff regarding the payment of the loans secondary to the May 13, 2005 transaction.

19. Paragraph 19 does not require a response.

20. Denied.

21. Denied.

22. Defendants deny this motion inasmuch as there is no basis to indemnify the Plaintiff.

23. Denied.

24. Paragraph 24 does not require a response.

25. Denied as written as both Defendants as well as all other parties were victims of conduct that has been adjudged fraudulent by a court of competent jurisdiction.

26. Denied.

27. Denied.

## DEFENSES AND AFFIRMATIVE DEFENSES

1. Defendants owed no legal duty to Plaintiff based upon the fraudulent conduct of several Imposters and other fraudulent activity.

2. This court lacks subject matter jurisdiction over the matter.

3. This court lacks personnel jurisdiction over both defendants.

4. The case is barred by the statute of limitations.

5. The case is barred by the doctrine of laches.

6. The case is barred by the statute of frauds.

7. There is no breach of contract as there was no valid underlying contract.

8. The Plaintiff's claim is based upon an uninsurable risk.

9. Defendants reserve the right to rely upon any and all other defenses and affirmative defenses available at law or equity.

Respectfully submitted,
Brenda Hopkins

_____
Kenneth D. Bynum
DC Bar No.: 424515
Bynum and Jenkins, PLLC
901 North Pitt Street, Suite 320
Alexandria, VA 22314
(703)549-7211

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I served by ECF Filing Defendants' Answer to the Complaint this 18th Day of June 2008 to Raighne C. Delaney, Bean, Kinney & Korman, PC, 2300 Wilson Blvd., 7th Floor, Arlington, VA 22201.

                                                            Kenneth D. Bynum